**Order filed March 8, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-21-00529-CR**
**NO. 14-21-00530-CR**
_____

## EX PARTE AMY AMANDA REGALADO

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 21-DCR-096266 and 21-DCR-096265**

## ORDER

Appellant is represented by appointed counsel, Kenneth Wayne Bryant. Appellant's brief was originally due January December 27, 2021. An extension of time was granted until January 26, 2022, to file appellant's brief. When we granted the extension, we noted that no further extensions would be granted absent exceptional circumstances. On February 3, 2022, a motion to withdraw the appeal was filed. The motion was denied on February 10, 2022, because it was not personally signed by appellant. *See* Tex. R. App. P. 42.2(a). As of this date, no

motion that complies with Rule 42.2(a) has been filed. No brief or motion for extension of time has been filed. We issue the following order.

We order Kenneth Wayne Bryant to file a brief with the clerk of this court on or before **March 28, 2022**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.